**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ODALIS PEREZ,   CASE NO.: 6:21-cv-01856-PGB-LRH

      Plaintiff,

v.

WAL-MART ASSOCIATES, INC.
a Foreign Profit Corporation,
d/b/a SAM'S CLUB

Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, ODALIS PEREZ ("Plaintiff") and Defendant, WAL-MART ASSOCIATES, INC., a Foreign Profit Corporation d/b/a SAM'S CLUB ("Defendant"), through undersigned counsel, stipulate to dismissal of the Complaint and Plaintiff's lawsuit against Defendant ***with prejudice***, with each party to the lawsuit to bear its own attorneys' fees, costs and expenses as to each other. This Court reserves jurisdiction to enforce any post settlement matters.

      DATED this June 7, 2022.June 7, 2022June 7, 2022

| | |
|---|---|
| /s/ Rainier Regueiro | /s/ Derek H. Sparks |
| RAINIER REGUEIRO | CHRISTINE M. MANZO |
| Florida Bar No: 115578 | Florida Bar No.: 52121 |
| **REMER & GEORGES-PIERRE, PLLC** | DEREK H. SPARKS |
| 44 West Flagler Street | Florida Bar No.: 11434 |
| Suite 2200 | **LIEBLER, GONZALEZ & PORTUONDO** |
| Miami, FL 33130 | Courthouse Tower - 25th Floor |
| rregueiro@rgpattorneys.com | 44 West Flagler Street |
| *Attorneys for Plaintiff* | Miami, FL 33130 |
| | service@lgplaw.com |
| | *Attorneys for Defendant* |